**PRIVILEGED**
**KOHUTE, KEVIN J : 156767**
**Smith County Jail, TX**
Copy Printed on 08/10/2026 8:50 PM on Mail Scan Cart Central

FILED
CLERK, U.S. DISTRICT COURT
8/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

Kevin Kohute
FULL NAME

COMMITTED NAME (if different)
Smith County Jail
FULL ADDRESS INCLUDING NAME OF INSTITUTION
206 E Elm Street
Tyler, Tx. 75202
PRISON NUMBER (if applicable)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kevin Kohute #156767<br>PLAINTIFF,<br>v.<br>US Navy Jonathan Dowling<br>DEFENDANT(S). | CASE NUMBER 2:26-cv-09911-SRM-E<br>*To be supplied by the Clerk*<br>**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*<br>☑ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No
2. If your answer to "1." is yes, how many? 79

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Kevin Kohute v.s Harvard law school
Dallas Tx Court House
US Navy illegal wiretap Act chapter 18 2510
Motion to Surpress

4. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

5. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

**PRIVILEGED**

**KOHUTE, KEVIN J : 156767**

**Smith County Jail, TX**

Copy Printed on 08/10/2026 8:50 PM on Mail Scan Cart Central

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

illegal wiretap ACT chapter 24 TITle 11
interception of Communication
18 usc 2510 - 2520
uniform code of Military Justice
and no search warrant usc 18.14
10 usc 831 not wearing the right
Military uniform
75,000 Dollars for Emotional Grief

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

illegal wiretap ACT chapter 24 TiTle 11
interception of Communication
18 usc 2510- 2520
uniform Code of Military Justice
10 usc 831
Defendant

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**PRIVILEGED**
**KOHUTE, KEVIN J : 156767**
**Smith County Jail, TX**
Copy Printed on 08/10/2026 8:49 PM on Mail Scan Cart Central

c. Ground three: illegal wiretap ACT chapter 24 TiTle 11 18 USC 2510 - 2520 Penal Code

Supporting FACTS (tell your story BRIEFLY without citing cases or law): illegally survellence team and illegal wiretap Act not folling interception of communication uniform code of military Justice 10 USC 831

d. Ground four: 

Supporting FACTS (tell your story BRIEFLY without citing cases or law): Harvard law School I sued The Principal at 122 bolyston Jamaic Plains massachusettes 617-384-0750 Kohute vs Harvard law School 1:25-CV-01514 Austin TX western district

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction? ☑ Yes ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

a. (1) Name of Court Kevin Kohute vs Harvard law School
(2) Nature of proceeding 7:25-CV-01514
(3) Grounds raised Dallas Tx law Suit
(4) Result 
(5) Date of result 
(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: ______________________________

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 8/12/26 ________ [signature]
*Date* *Signature of Petitioner*

**CERTIFICATE**

I hereby certify that the Petitioner herein has the sum of $____________ on account to his credit at the ______________________ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

________________ ________________
*Date* *Authorized Officer of Institution*

________________
*Title of Officer*

**PRIVILEGED**
**KOHUTE, KEVIN J : 156767**
**Smith County Jail, TX**
Copy Printed on 08/10/2026 8:50 PM on Mail Scan Cart Central

a. Parties to this previous lawsuit:
Plaintiff Kevin Kohute

Defendants John Brennan CiA

b. Court

c. Docket or case number

d. Name of judge to whom case was assigned

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)

f. Issues raised: DD-1172-2 DD 214
18 USC 2510 recorded statements
as Evidence needing to suppress evidence

g. Approximate date of filing lawsuit:

h. Approximate date of disposition

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☑ No

   If your answer is no, explain why not

3. Is the grievance procedure completed? ☐ Yes ☑ No

   If your answer is no, explain why not

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff ______________________
(print plaintiff's name)

who presently resides at ______________________,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

______________________
(institution/city where violation occurred)

**PRIVILEGED**

**KOHUTE, KEVIN J : 156767**

**Smith County Jail, TX**

Copy Printed on 08/10/2026 8:52 PM on Mail Scan Cart Central

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

illegal wiretap Act Chapter 24 Title II
interception of Communication
18 usc 2510 - 2520
10 usc 831 uniform Code of Military Justice
please file 42usc 1983
75,000 Dollars lawsuit
recorded illegal statements need to be surpressed
CIA u.s DEA # 1:24-cv-00115-MJT
Bankrupcty Court
crime lab for testing narcotics
Came back positive for Amediamine
Exxon gas station 1:24-cv-0013-MJT-ZJH
Parafenelia charge of meth Pipes 100 sold
to dead suspects Aubrey wilBanks before
overdose on fentanol inside meth bags
The Tyler Police department did not send
Amidamethphrine evidence to FBI office
instead destroyed the evidence

8/12/26
*(Date)*

[signature]
*(Signature of Plaintiff)*

Kevin Kohute #156967
206 E Elm Street
Tyler, Tx, 75702

NORTH TEXAS TX 750
13 AUG 2026PM 9 L

SMITH COUNTY
INMATE MAIL




Clerk
united states Court House
255 E Temple St, suite TS-134
Los Angeles, CA, 90012

AUG 17 2026

90012-330934

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131